## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| Anthony Domenic Reo, | ) Case No. 1:18-cv-01527-CAB |
| *Plaintiff*, | ) Judge Christopher A. Boyko |
| v. | ) |
| Charter Communications, Inc., | ) |
| *Defendant*. | ) |

## STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anthony Domenic Reo and Defendant Charter Communications, Inc. hereby stipulate to dismiss this action without prejudice, with each side to bear its own costs and fees.

Respectfully submitted this 19th day of December, 2018.

*/s/ Bryan Anthony Reo* (with permission)
Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44060
Telephone: (440) 313-5893
reo@reolaw.org

*Counsel for Plaintiff*

IT IS SO ORDERED.

 s/ Christopher A. Boyko
_____
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE

*/s/ Abigail Stecker Romero*
Ryan D. Watstein (pro hac vice)
Abigail Stecker Romero (pro hac vice)
Kabat Chapman & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Telephone: (404) 400-7300
Facsimile: (404) 400-7333
rwatstein@kcozlaw.com
aromero@kcozlaw.com

Thomas M. Ritzert (0085370)
Thompson Hine LLP